ORIGINAL

USAO-EDOK Arrest Warrant (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

RECEIVED
AUG - 2 2022
U.S. Marshals
Eastern Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           *Plaintiff,*<br><br>v.<br><br>CARL RAY HOLLAND,<br>                           *Defendant.* | **WARRANT OF ARREST**<br><br>Case No.  22-MJ-223-JAR |

To:    The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense): Felon in Possession of a Firearm

in violation of Title 18, United States Code, Section 922(g)(1).

JASON A. ROBERTSON
Name of Issuing Judicial Officer

*[signature]*
Signature of Issuing Judicial Officer

Bail fixed at $ _____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

August 2, 2022, Muskogee, Oklahoma
Date and Location

by: _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

McAlester, OK

| DATE RECEIVED<br>8/2/22 | NAME AND TITLE OF ARRESTING OFFICER<br>Jeff Lambiss, DUSM | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|
| DATE OF ARREST<br>8/2/22 | | |

FILED
AUG 04 2022
BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk