# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| v. | ) | Case No.: | 22-MJ-223-JAR |
| | ) | | |
| CARL RAY HOLLAND, | ) | Date: | 8/11/2022 |
| | ) | | |
| Defendant. | ) | Time: | 9:27 a.m. – 9:47 a.m. |

### MINUTE SHEET – PRELIMINARY/SAID CAUSE Came on for DETENTION HEARING

Jason A. Robertson, Judge        P. Bruce, Deputy Clerk        FTR Courtroom 4

Counsel for Plaintiff:    Casey Richmond for Kevin Cheung, AUSA
Counsel for Defendant:   Neil D. Van Dalsem, AFPD
Defendant: [X] present with counsel

### Government's Witnesses:

1. Sterling Koa Kamalani Juarez, ATF

**Minutes**: Defendant advises Court he wishes to waive the Detention Hearing. Waiver of Detention Hearing executed and accepted by the Court. Government asks the Court to take judicial notice of Complaint and Affidavit. GRANTED (JAR). Government calls Witness #1 – Agent Juarez. Cross-examination of Witness #1 by Defendant. Re-Direct examination of Witness #1 by Government. Re-cross of Witness #1 by Defendant. Government rests. Defendant rests. Parties present final arguments. Nothing further by the parties.

### PRELIMINARY HEARING FINDINGS:

[X]   Based on the record, the Court finds a crime has been committed and that defendant committed that crime. (JAR)

### DETENTION HEARING FINDINGS:

☐  Court finds there is a serious risk that the defendant will not appear
☐  Court finds there is a serious risk that the defendant will endanger the safety of another person or the community

☒  Defendant remanded to custody of U.S. Marshal

☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB